ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Cole's Quality Landscaping, LLC | ) ASBCA Nos. 63312, 63313, 63314 |
| | ) |
| Under Contract No. W912QR-18-P-0046 | ) |

APPEARANCE FOR THE APPELLANT:    Theodore H. Lavit, Esq.
   Theodore H. Lavit & Associates, P.S.C.
   Lebanon, Kentucky

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
   Engineer Chief Trial Attorney
Thomas M. Barrett, Esq.
James M. Inman, Esq.
   Engineer Trial Attorneys
U.S. Army Engineer District, Louisville

ORDER OF DISMISSAL

The appeals have been withdrawn. Accordingly, they are dismissed from the Board's docket with prejudice.

Dated: March 8, 2023

_____
ARTHUR M. TAYLOR
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63312, 63313, 63314, Appeal of Cole's Quality Landscaping, LLC, rendered in conformance with the Board's Charter.

Dated: March 9, 2023

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals